UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VALDES et al.,

                            Plaintiffs,

v.                                                               **ORDER**

NORTH EAST SITE WORKS, INC., et al.,           23-CV-01409 (PMH)

                            Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       Plaintiffs Lauro Valdes, Cesar Lopez, and Javier Hernandez ("Plaintiffs") commenced this action on February 21, 2023 against Defendants North East Site Works, Inc., Sam Borrelli, Jr., and Virgil Borrelli ("Defendants"). (Doc. 1). Summons were issued for Defendants on February 22, 2023, and the summons were returned executed on March 16 and March 27, 2023. (Doc. 6-10). Plaintiffs thereafter obtained a Clerk's Certificates of Default on April 26, 2023. (Doc. 19).

       On June 6, 2023, Plaintiffs filed a letter seeking leave of the Court to file a motion for default judgment. (Doc. 20). On June 8. 2023, the Court denied Plaintiffs' application without prejudice to renewal of motion made by order to show cause in accordance with this Court's Individual Practices Rule 4(B). (Doc. 21). There has been no activity on the docket since this order.

       Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by August 2, 2023. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

                                                    SO-ORDERED:

Dated:  White Plains, New York
          July 5, 2023

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge